# United States Court of Appeals
## For the First Circuit

No. 04-2051

UNITED STATES OF AMERICA,

Appellee,

v.

JAMES T. LATA, SR.,

Defendant, Appellant.

ERRATA

The opinion of this court issued on June 24, 2005, is amended as follows:

On page 9, note 2, line 2, replace "<u>Miller</u> v. <u>Florida</u>, 413 U.S. 185 (1977)," with "<u>Miller</u> v. <u>Florida</u>, 482 U.S. 423, 435-36 (1987),".